**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 96-2833**

————————

BILLY T. SALTER,

Plaintiff - Appellant,

versus

E. VERNON GLENN,

Defendant - Appellee,

and

JAMES W. ALFORD,

Defendant.

————————

Appeal from the United States District Court for the District of South Carolina, at Columbia. Dennis W. Shedd, District Judge. (CA-96-3391-3-19BD)

————————

Submitted: June 12, 1997                     Decided: June 17, 1997

————————

Before WIDENER and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

————————

Affirmed by unpublished per curiam opinion.

————————

Billy T. Salter, Appellant Pro Se.  James Warner Alford, BARNES, ALFORD, STORK & JOHNSON, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his civil action without prejudice for lack of jurisdiction. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Salter v. Glenn, No. CA-96-3391-3-19BD (D.S.C. Nov. 15, 1996). We grant Respondent Alford's motion to dismiss him as a party. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED